UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:17-cv-00177-MOC-DCK

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **JUDGMENT** |
| ) | |
| **REAL PROPERTY LOCATED AT 275 GREEN** ) | |
| **KNOB MOUNTAIN ROAD, BOONE, NORTH** ) | |
| **CAROLINA,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** having come before the Court on Motion for Default Judgment, and Default (#5) having been entered by the Clerk of Court in advance of such motion, Federal Rule of Civil Procedure 55(b) provides for entry of the requested Default Judgment by the Court.

The United States has provided notice of forfeiture in accordance with Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G. Further, the time period for filing claims has expired, and no claims have been filed. Finally, the Clerk has entered default. Thus, the allegations of the Complaint and the supplemental filings establish that the Defendant Property at issue is subject to forfeiture pursuant to 21 U.S.C. § 881 and it appearing that no potential claimant has timely filed a claim or otherwise participated in the litigation, entry of Default Judgment is now appropriate. United States v. $32,820.00 in U.S. Currency, No. 1:09CV341, 2010 WL 3070073, at *3 (W.D.N.C. Aug. 4, 2010).

Based on the foregoing findings, the court concludes that the Government is entitled to a Judgment of Forfeiture by Default against the Defendant Property, as follows:

**JUDGMENT**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Government's Motion for Default Judgment (#8) is hereby **GRANTED**.

2. Any and all right, title, and interest of all persons in the world in or to the Defendant Property is hereby forfeited to the United States, and no other right, title, or interest shall exist therein:

> 275 Green Knob Mountain Road, Boone, North Carolina, and more particularly described in a document at Book 1795, Pages 747-749 in the Office of the Register of Deeds for Watauga County, North Carolina, together with all appurtenances, improvements, and attachments thereon.

Signed: March 12, 2018

*[Signature]*

Max O. Cogburn Jr
United States District Judge